UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICKYAS BERHANEMESKEL,<br><br>    Plaintiff,<br><br>    v.<br><br>NDOC, et al.,<br><br>    Defendants. | Case No.: 2:25-cv-01961-GMN-DJA<br><br>**ORDER** |

This Court previously ordered Plaintiff Mickyas Berhanemeskel to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") by December 22, 2025. (ECF No. 3). In response, Plaintiff timely filed a complete IFP application along with a motion that seeks leave to submit the application. (ECF Nos. 4, 5). Plaintiff's motion was not necessary because the Court already granted him leave to file a complete IFP application. However, the Court will grant the motion. Plaintiff is advised that because he timely filed a complete IFP application, the next step will be for the Court to screen his civil-rights complaint under 28 U.S.C. § 1915A. (*See* ECF No. 2 at 1). The Court will screen Plaintiff's complaint in the ordinary course, and the screening process might take several months.

**I.    CONCLUSION**

It is therefore ordered that Plaintiff's motion to submit complete *in forma pauperis* application (ECF No. 5) is granted.

DATED: October 30, 2025

_____
UNITED STATES MAGISTRATE JUDGE