UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICKYAS BERHANEMESKEL,

       Plaintiff,

v.

NDOC, et al.,

       Defendants.

Case No. 2:25-cv-01961-GMN-DJA

ORDER

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated and his mail from the Court has been returned as undeliverable, noting that he's been paroled. (ECF No. 7). But Plaintiff has not filed an updated address with this Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." A party's "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. LR IA 3-1. Additionally, Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 4) is moot because Plaintiff is no longer incarcerated.

If Plaintiff wishes to proceed with this action, then he must file a written notice with his current address and either pay the full $405 filing fee or apply for *in forma pauperis* status as a non-inmate. The Court will grant Plaintiff a 30-day extension to correct these defects.

It is therefore ordered that Plaintiff has **until March 16, 2026**, to file his updated address with the Court.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* by an inmate (ECF No. 4) is denied as moot.

It is further ordered that Plaintiff has **until March 16, 2026,** to either pay the full $405 filing fee or file an application to proceed *in forma pauperis* for non-inmates.

It is further ordered that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send Plaintiff Mickyas Berhanemeskel the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

DATED: February 12, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -